**United States District Court**
For the Northern District of California

1
2
3
4                                        *_E-FILED - 12/9/09_*
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   HASSAN ABPIKAR,                      )   No. C 09-4356 RMW (PR)
                                          )
                  Plaintiff,              )   JUDGMENT
12                                        )
                                          )
13     v.                                 )
                                          )
14   BARACK OBAMA, et al.,                )
                                          )
15                Defendants.             )
     _____)
16

17          The court has dismissed the instant action without prejudice for plaintiff's failure to provide

18   the court with his current address pursuant to Rule 3-11 of the Northern District Local Rules.  A

19   judgment of dismissal without prejudice is hereby entered.  The clerk of the court shall close the file.

20          IT IS SO ORDERED.

21   Dated: ____12/8/09_____        _Ronald M. Whyte_____

22                                      RONALD M. WHYTE
                                        United States District Judge
23

24

25

26

27

28   Judgment
     P:\PRO-SE\SJ.Rmw\CR.09\Abpikar356jud.wpd